# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com



DOC #: _____
DATE FILED: 6/25/13

June 24, 2013

**MEMO ENDORSED**

So ordered

BY FAX

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*signature*
6/24/13

<u>United States v. Sutton, 09 Cr. 168-06 (CM)</u>

Dear Judge McMahon:

    I represent defendant John Sutton in the above-captioned case. As of June 28, 2013, I will no longer be employed by Debevoise & Plimpton LLP.

    I respectfully request Your Honor's permission to withdraw as counsel-of-record in this matter, to have my former email address (lgreenwood@debevoise.com) removed from ECF notifications, and to have this letter memo-endorsed.

    Mr. Sutton is aware of this change in my employment status. Mr. Sutton is also aware that my colleagues at Debevoise, including Philip Fortino, who has entered a Notice of Appearance in this action, will continue to represent him.

Respectfully submitted,

*signature*

Lee A. Greenwood

cc: AUSA Howard Master, Esq. (by email)

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai