UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

    -against-

JOHN SUTTON,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

09-CR-168 (CM)

ECF Case

NOTICE OF ATTORNEY APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

PLEASE TAKE NOTICE that the undersigned of Debevoise & Plimpton LLP appears in the case captioned above on behalf of Defendant John Sutton and respectfully requests that notice of electronic filing of all papers in the within action be transmitted to him at the address below.

Dated: New York, New York
       July 31, 2013

                                      DEBEVOISE & PLIMPTON LLP

                                      By:  /s/ Helen V. Cantwell
                                           Helen V. Cantwell
                                           hvcantwell@debevoise.com
                                    919 Third Avenue
                                    New York, New York 10022
                                    (212) 909-6312

                                    Attorneys for Defendant John Sutton