UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JOHN SUTTON,<br><br>     Defendant. | 09-CR-168 (CM)<br><br>ECF Case<br><br>NOTICE OF ATTORNEY APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |

-----------------------------------x

  PLEASE TAKE NOTICE that the undersigned of Debevoise & Plimpton LLP appears in the case captioned above on behalf of Defendant John Sutton and respectfully requests that notice of electronic filing of all papers in the within action be transmitted to him at the address below.

Dated: New York, New York
   July 31, 2013

            DEBEVOISE & PLIMPTON LLP

            By: /s/ James H. Graham
               James H. Graham
               jhgraham@debevoise.com
            919 Third Avenue
            New York, New York 10022
            (212) 909-6526

            Attorneys for Defendant John Sutton