MEMO ENDORSED

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

RECEIVED
SEP 12 2013
CHAMBERS OF
COLLEEN McMAHON

9/13/13
Matter adj to Oct. 28, 2013
At 4:30 p.m.

Colleen McMahon

September 12, 2013

BY FAX

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**United States v. Sutton, 09 Cr. 168 (CM)**

Dear Judge McMahon:

We represent defendant John Sutton in connection with the above-captioned matter. I write following consultation with the Government to request that the court adjourn the hearing currently scheduled for Tuesday, September 17, 2013, for approximately one month. Your Honor initially scheduled the September 17 hearing because it was after Mr. Sutton's next state court appearance when we expected the charges against him would be dismissed. Although we still expect the state charges to be dismissed, the case was recently adjourned until October 18, 2013 because his state court attorney miscalculated the date by when the People are required to proceed with trial or dismiss. In light of this adjournment, we respectfully request that the September 17 hearing be postponed until a date soon after Mr. Sutton's October 18 appearance in state court.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/13

Respectfully submitted,

Helen V. Cantwell
Debevoise & Plimpton LLP
New York 10022 New York
(212) 909-6000

cc: AUSA Howard Master
United States Attorney's Office
Southern District of New York

09/12/2013 11:00 FAX 212 909 6836 DEBEVOISE & PLIMPTON LLP Case 1:09-cr-00168-CM Document 233 Filed 09/13/13 Page 2 of 2 003

Honorable Colleen McMahon 2 September 12, 2013

One St. Andrew's Plaza
New York, New York 10007

Officer Robert L. Walsh
U.S. Probation Office
500 Pearl Street
New York, New York 10007