# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

October 23, 2013

**MEMO ENDORSED**  RECEIVED OCT 23 2013 CHAMBERS OF COLLEEN McMAHON

BY FAX

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

10/25/13

Matter adj to Dec. 2, 2013 At 12:30, At the request of all parties including Govt + Probation

*[signed]* Colleen McM

United States v. Sutton, 09 Cr. 168 (CM)

Dear Judge McMahon:

We represent defendant John Sutton in connection with the above-captioned matter. We are writing on behalf of both Parties, with the concurrence of the U.S. Probation Office, to request that the court adjourn the hearing currently scheduled for Monday, October 28, 2013, preferably until the week of Monday, December 2. The Parties request this additional adjournment to allow time for further investigation of recently discovered facts relating to the complaining witness's credibility and the facts and circumstances of her complaints that may affect the pending state prosecution.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

10/25/13

Respectfully submitted,

*[signature]*

Philip A. Fortino
Debevoise & Plimpton LLP
New York 10022 New York
(212) 909-6000

cc:   AUSA Howard Master
      United States Attorney's Office
      Southern District of New York
      One St. Andrew's Plaza
      New York, New York 10007

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai

Honorable Colleen McMahon        2         October 23, 2013

Officer Robert L. Walsh
U.S. Probation Office
500 Pearl Street
New York, New York 10007