# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com



**MEMO ENDORSED**

11/26/13

Matter adj'd to January 28, 2014 at 4:00 p.m.

*[signature: Colleen McMahon]*

November 26, 2013

BY FAX

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

### United States v. Sutton, 09 Cr. 168 (CM)

Dear Judge McMahon:

We represent defendant John Sutton in connection with the above-captioned matter. We are writing on behalf of both Parties, with the concurrence of the U.S. Probation Office, to request that the court adjourn the hearing currently scheduled for Monday, December 2, 2013, preferably until the week of January 27, 2014, when U.S. Probation Officer Walsh will be available to participate. The Parties request this additional adjournment to allow further time for Mr. Sutton's pending state prosecution to be resolved, which is taking longer than expected due to the discovery of facts relating to the complaining witness's credibility and the facts and circumstances of her complaint against Mr. Sutton.

Respectfully submitted,

*Philip Fortino / JHG*

Philip A. Fortino
Debevoise & Plimpton LLP
New York 10022 New York
(212) 909-6000

11/27/13

cc: AUSA Howard Master
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai

Honorable Colleen McMahon    2    November 26, 2013

Officer Robert L. Walsh
U.S. Probation Office
500 Pearl Street
New York, New York 10007